IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NANNIE MAE HICKS,                    )
as personal representative           )
of the estate of                     )
HOVIE EARL HICKS, deceased,          )
                                     )
            Plaintiff,               )
                                     )
      v.                             )          CIVIL ACTION NO. 2:02cv245-A
                                     )                          WO
R. J. REYNOLDS TOBACCO               )
COMPANY, et al.,                     )
                                     )
            Defendants.              )

**ORDER ON MOTIONS**

This case is before the court on defendant R.J. Reynolds' motion to compel responses

to discovery (Doc. # 48); defendant's response to plaintiff's notice of compliance (Doc. #

54), which the court construed as a motion to compel; and plaintiff's motion for protective

order (Doc. #60).  Upon consideration of the motions, and for good cause, it is

ORDERED that defendant's motions to compel be and hereby are GRANTED.

Plaintiff's late response has waived any potential objections to defendant's interrogatories.

Fed. R. Civ. P. 33(b)(4).[1]  Further, the court finds plaintiff's motion for protective order,

which was filed long after discovery was due in this case, to be without merit, and it declines

to enter a broad protective order prior to depositions without specific instances of improper

---

[1]   To the extent that defendant's first motion sought the production of executed
authorizations for the release of medical records, the motion is DENIED as moot.  Plaintiff has now
provided executed medical authorizations.

questioning.  Accordingly, plaintiff's motion for protective order is DENIED. Plaintiff is

DIRECTED to provide full and complete responses to defendant's interrogatories and

requests for production on or before June 17, 2005.  If any further disputes arise concerning

these responses, counsel are DIRECTED to confer *in person, not by letter*, prior to filing

additional motions.

       DONE, this 8th day of June, 2005.


                        /s/ Susan Russ Walker
                        SUSAN RUSS WALKER
                        UNITED STATES MAGISTRATE JUDGE