IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NANNIE MAE HICKS, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:02cv245-A |
| ) | WO |
| R. J. REYNOLDS TOBACCO ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

On June 20, 2005, the Defendant, R. J. Reynolds Tobacco Company, filed a Motion for Summary Judgment (Doc. #67). On the same day, the Plaintiff filed a Notice of No Opposition to Summary Judgment, in which the Plaintiff, through counsel, stated that there would be no opposition to the motion.

Therefore, it is hereby ORDERED as follows:

1. Defendant's Motion for Summary Judgment is GRANTED.

2. Final Judgment will be entered accordingly, with costs taxed to the Plaintiff.

DONE this 21st day of June, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE