IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NANNIE MAE HICKS, etc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:02cv245-A |
| | ) | WO |
| R. J. REYNOLDS TOBACCO | ) | |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Pursuant to the order entered on this day granting summary judgment in favor of the

Defendant,

Final Judgment is entered in favor of the Defendant, R. J. Reynolds Tobacco Company,

and against the Plaintiff, Nannie Mae Hicks, as the personal representative of the Estate of Hovie

Earl Hicks, and this case is DISMISSED with prejudice.  Costs are taxed against the Plaintiff.

DONE this 21st day of June, 2005.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE